**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

## United States District Court

__Eastern__ District of __New York__

Caption:

United States of America v.

Mustafa Goklu

Docket No.: 19 Cr. 00386 (PKC)

Pamela K. Chen
(District Court Judge)

Notice is hereby given that __Mustafa Goklu__ appeals to the United States Court of Appeals for the Second Circuit from the judgment [ ], other [✔] __conviction__ (specify) entered in this action on _____ (date).

This appeal concerns: Conviction only [ ]  Sentence only [ ]  Conviction & Sentence [✔]  Other [ ]

Defendant found guilty by plea [ ]  trial [ ]  N/A [✔].

Offense occurred after November 1, 1987?  Yes [✔]  No [ ]  N/A [ ]

Date of sentence: March 14, 2024   N/A [ ]

Bail/Jail Disposition: Committed [✔]  Not committed [ ]  N/A [ ]

Appellant is represented by counsel?  Yes [✔]  No [ ]  If yes, provide the following information:

Defendant's Counsel: Sabrina P. Shroff

Counsel's Address: 80 Broad Street, 19th Floor

New York, New York 10007

Counsel's Phone: 646 763 1490

Assistant U.S. Attorney: Francisco Navarro

AUSA's Address: 225 Cadman Plaza East

Brooklyn, New York

AUSA's Phone: 718 254 7000

*SPS*

Signature

APPEAL,MJSELECT−RLM

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CRIMINAL DOCKET FOR CASE #: 1:19−cr−00386−PKC All Defendants

Case title: USA v. Goklu

Magistrate judge case number: 1:19−mj−00419−SMG

Date Filed: 08/22/2019

Date Terminated: 03/21/2024

---

Assigned to: Judge Pamela K. Chen

**Defendant (1)**

| | |
|---|---|
| **Mustafa Goklu**<br>TERMINATED: 03/21/2024<br>also known as<br>Mustangy<br>TERMINATED: 03/21/2024 | represented by **Emilee Ann Sahli**<br>Sahli Law, PLLC<br>195 Broadway, 4th Floor<br>Brooklyn, NY 11211<br>347−378−8132<br>Email: emilee@sahlilaw.com<br>TERMINATED: 03/16/2023<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED<br>Designation: CJA Appointment<br><br>**Murray Singer**<br>Murray E. Singer, ESQ.<br>14 Vanderventer Avenue<br>Suite 147<br>Port Washington, NY 11050<br>516−869−4207<br>Fax: 516−706−7085<br>Email: msingerlaw@gmail.com<br>TERMINATED: 03/16/2023<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED<br>Designation: CJA Appointment<br><br>**Sabrina P. Shroff**<br>Sabrina Shroff<br>Attorney<br>80 Broad Street<br>19th Street<br>20004<br>New York, NY 20004<br>646−763−1490<br>Email: sabrinashroff@gmail.com<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED<br>Designation: CJA Appointment<br><br>**James Darrow**<br>Federal Defenders of New York<br>One Pierrepont Plaza<br>16th floor<br>Brooklyn, NY 11201<br>718−407−7419<br>Fax: 718−855−0760 |

Email: james_darrow@fd.org
*TERMINATED: 08/30/2019*
*Designation: Public Defender or Community Defender Appointment*

**Michael H. Gold**
Michael H. Gold
33 Hunting Ridge Road
Chappaqua, NY 10514
917-922-1917
Email: michaelhgold@aol.com
*TERMINATED: 09/28/2021*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18, Sections 1956(a)(3)(B), 2 and 3551 et seq. – MONEY LAUNDERING (1s) | Imprisonment for a period of sixteen (16) months on counts 1 and 2 of the Superseding Indictment (S–1) to run concurrently with each other. Two (2) years supervised release, with conditions, on counts 1 and 2 of the Superseding Indictment (S–1) to run concurrently with each other. $100 special assessment fee for each count for a total of $200. |
| 18, 1960(a), 2 and 3551 et seq. – OPERATION OF AN UNLICENSED MONETARY LAUNDERING BUSINESS (2s) | Imprisonment for a period of sixteen (16) months on counts 1 and 2 of the Superseding Indictment (S–1) to run concurrently with each other. Two (2) years supervised release, with conditions, on counts 1 and 2 of the Superseding Indictment (S–1) to run concurrently with each other. $100 special assessment fee for each count for a total of $200. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| Title 18, United States Code, Sections 1956(a)(3), 2 and 3551 et seq.– MONEY LAUNDERING (1) | Dismissed on Government's motion. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| 18 USC 1956 | |

**Plaintiff**

| | | |
| --- | --- | --- |
| USA | represented by | **Francisco J Navarro** United States Attorney's Office 271 Cadman Plaza East Brooklyn, NY 11201 718-254-6007 Fax: 718-254-6076 Email: francisco.navarro@usdoj.gov *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

*Designation: Government Attorney*

**Temidayo Aganga-Williams**
Selendy Gay PLLC
Eastern District of New York
1290 Avenue of the Americas
New York, NY 10104
212-390-9014
Email: tagangawilliams@selendygay.com
*TERMINATED: 01/26/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

**Gillian Kassner**
DOJ-USAO
EDNY – Criminal Division
271A Cadman Plaza East
Brooklyn, NY 11201
718-254-6224
Email: gillian.kassner@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

**Jonathan Powell Lax**
United States Attorney's Office
271 Cadman Plaza East
Brooklyn, NY 11201
718-254-6139
Fax: 718-254-7499
Email: jonathan.lax@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

**Marietou Diouf**
1221 Avenue of the Americas
New York, NY 10020
212-819-2693
Email: marietou.diouf@whitecase.com
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/03/2019 | 1 | SEALED COMPLAINT as to Mustafa Goklu (1). (Attachments: # 1 Sealing Cover Sheet) (Yuen, Sui-May) [1:19-mj-00419-SMG] (Entered: 05/06/2019) |
| 05/06/2019 | 3 | Minute Entry for proceedings held before Magistrate Judge Peggy Kuo:Arraignment as to Mustafa Goklu on Complaint held on 5/6/2019, Initial Appearance as to Mustafa Goklu held on 5/6/2019, Attorney Appointment of federal defender James Darrow for the defendant present. AUSA Francisco Navarro present. Clerk F Chin – " Bond set at $50,000 bond on consent of both parties. Defendant given bail warnings and signed bond. 1 surety to cosign bond by 5/10/19. Defendant waived preliminary hearing" (FTR Log #418-436.) (Yuen, Sui-May) [1:19-mj-00419-SMG] (Entered: 05/07/2019) |
| 05/06/2019 | 4 | ORDER Setting Conditions of Release as to Mustafa Goklu (1) $50,000 bond. Ordered by Magistrate Judge Peggy Kuo on 5/6/2019. (Yuen, Sui-May) [1:19-mj-00419-SMG] (Entered: 05/07/2019) |
| 05/06/2019 | 5 | CJA 23 Financial Affidavit by Mustafa Goklu (Yuen, Sui-May) [1:19-mj-00419-SMG] (Entered: 05/07/2019) |
| 05/06/2019 |  | Attorney update in case as to Mustafa Goklu. Attorney James Darrow for Mustafa Goklu added. (Yuen, Sui-May) [1:19-mj-00419-SMG] (Entered: 05/07/2019) |

| | | |
|---|---|---|
| 05/07/2019 | 6 | (ELECTRONIC COPY) Order to Unseal Case as to Mustafa Goklu.. Ordered by Magistrate Judge Peggy Kuo on 5/7/2019. (Yuen, Sui–May) [1:19–mj–00419–SMG] (Entered: 05/08/2019) |
| 05/10/2019 | 7 | Minute Entry for proceedings held before Magistrate Judge Peggy Kuo:Bond Hearing as to Mustafa Goklu held on 5/10/2019. AUSA & dfse counsel not present. 1 surety sworn, advised of the bond obligations and signed the bond. (Log # 5/10/19 11:42–11:49.) (Chin, Felix) [1:19–mj–00419–SMG] (Entered: 05/13/2019) |
| 05/24/2019 | 8 | ORDER TO CONTINUE – Ends of Justice as to Mustafa Goklu Time excluded from 5/24/19 until 6/23/19.. Ordered by Magistrate Judge Sanket J. Bulsara on 5/24/2019. (Sica, Michele) [1:19–mj–00419–SMG] (Entered: 05/24/2019) |
| 06/19/2019 | 9 | Minute Entry for proceedings held before Chief Mag. Judge Roanne L. Mann:Docket Call as to Mustafa Goklu held on 6/19/2019 (FTR Log #2;36–2;46.) AUSA Francisco Navarro present. Defendant present w/ counsel James Darrow. Clerk F Chin – "Order of excludable delay from 6/19 to 7/23/19 entered. Bond modified curfew as directed by PTS." (Yuen, Sui–May) [1:19–mj–00419–SMG] (Entered: 06/20/2019) |
| 06/19/2019 | 10 | ORDER TO CONTINUE – Ends of Justice as to Mustafa Goklu Time excluded from 6/19/19 until 7/23/19.. Ordered by Chief Mag. Judge Roanne L. Mann on 6/19/2019. (Yuen, Sui–May) [1:19–mj–00419–SMG] (Entered: 06/20/2019) |
| 07/19/2019 | 11 | Minute Entry for proceedings held before Magistrate Judge Steven M. Gold: Status Conference as to Mustafa Goklu held on 7/19/2019. AUSA Francisco Navarro present. Federal Defender James Darrow present on behalf of the defendant. Order of Excludable delay entered from 7/24/2019 until 8/23/2019. (FTR Log #2:18–2:20pm.) (Williams, Erica) [1:19–mj–00419–SMG] (Entered: 07/19/2019) |
| 07/19/2019 | 12 | ORDER TO CONTINUE – Ends of Justice as to Mustafa Goklu. Time excluded from 7/24/2019 until 8/23/2019. Ordered by Magistrate Judge Steven M. Gold on 7/19/2019. (Williams, Erica) [1:19–mj–00419–SMG] (Entered: 07/19/2019) |
| 07/22/2019 | 13 | Consent MOTION to Modify Conditions of Release by Mustafa Goklu. (Darrow, James) [1:19–mj–00419–SMG] (Entered: 07/22/2019) |
| 07/22/2019 | 14 | ORDER granting 13 Motion to Modify Conditions of Release as to Mustafa Goklu (1)Ordered by Magistrate Judge Ramon E. Reyes, Jr on 7/22/2019. (Chin, Felix) [1:19–mj–00419–SMG] (Entered: 07/22/2019) |
| 08/22/2019 | 15 | INDICTMENT as to Mustafa Goklu (1) count(s) 1. (Attachments: # 1 Criminal Information Sheet) (Marziliano, August) (Entered: 08/29/2019) |
| 08/29/2019 | 16 | Minute Entry for proceedings held before Magistrate Judge James Orenstein: Arraignment as to Mustafa Goklu (1) Count 1 held on August 29,2019. Appearances: Assistant U.S. Attorney Andrew Grubin for Francisco J. Navarro appeared on behalf of the Government. Sam Jacobson (Federal Defender) for James Darrow appeared on behalf of the Defendant Mustafa Goklu (present and on bail). Turkish interpreter M. Tekin Esendal also present. Defendant arraigned on the indictment. Defendant pleads NOT GUILTY to ALL COUNTS. Order of Excludable Delay/ Speedy Trial entered from August 29, 2019 to September 12, 2019. Fedeal Defenders are relieved, CJA counsel Michael Gold appointed. Status Conference set for September 12, 2019 at 11:00 AM in Courtroom 4F North before Judge Pamela K. Chen. (FTR Log #11:25–11:29.) (Love, Alexis) (Entered: 08/30/2019) |
| 08/29/2019 | 17 | ORDER TO CONTINUE – Ends of Justice as to Mustafa Goklu. Time excluded from August 29, 2019 until September 12, 2019. So Ordered by Magistrate Judge James Orenstein on August 29, 2019. (Love, Alexis) (Entered: 08/30/2019) |
| 08/29/2019 | 18 | CJA 20 as to Mustafa Goklu: Appointment of Attorney Michael H. Gold for Mustafa Goklu. So Ordered by Magistrate Judge James Orenstein on August 29,2019. (Love, Alexis) (Entered: 08/30/2019) |
| 08/30/2019 | | Attorney update in case as to Mustafa Goklu. Attorney James Darrow terminated. (Love, Alexis) (Entered: 08/30/2019) |
| 09/12/2019 | | Minute Entry for proceedings held before Judge Pamela K. Chen: Status Conference as to Mustafa Goklu held on 9/12/2019. Appearances by AUSA Francisco Navarro and Michael Gold, CJA, for defendant (on bond). Turkish interpreter Ecegul (AJ) |

| | | |
|---|---|---|
| | | Elterman, sworn. Case called. Interpreter sworn. Discussion held. AUSA to move to dismiss docket number 1:19−cr−00354−PKC, as duplicative. Next conference set for 10/10/2019, at 11:15 a.m. Time excluded in the interest of justice in the 1:19−cr−00386−PKC action from 9/12/2019 to 10/10/2019. (Court Reporter Linda Marino.) (Abdallah, Fida) (Entered: 09/12/2019) |
| 09/18/2019 | 19 | Letter *re duplicative docket numbers* as to Mustafa Goklu (Navarro, Francisco) (Entered: 09/18/2019) |
| 09/19/2019 | 20 | ORDER as to Mustafa Goklu: The Court grants the 19 request to terminate docket 1:19−cr−00354−PKC as duplicative to 1:19−cr−00386−PKC. Ordered by Judge Pamela K. Chen on 9/19/2019. (Abdallah, Fida) (Entered: 09/19/2019) |
| 09/19/2019 | 21 | Letter *re Government rule 16 production* as to Mustafa Goklu (Navarro, Francisco) (Entered: 09/19/2019) |
| 10/10/2019 | | Minute Entry for proceedings held before Judge Pamela K. Chen: Status Conference as to Mustafa Goklu held on 10/10/2019. Appearances by AUSA Temidayo Aganga−Williams and Michael Gold, CJA, for defendant (on bond). Turkish interpreter Ecegul (AJ) Elterman, sworn. Case called. Interpreter sworn. Discussion held. Next conference set for 11/25/2019, at 3:00 p.m. Time excluded in the interest of justice from 10/10/2019 to 11/25/2019. (Court Reporter Linda Danelczyk.) (Abdallah, Fida) (Entered: 10/10/2019) |
| 11/21/2019 | | SCHEDULING ORDER as to Mustafa Goklu: At the request of the Government, and with consent of the defense, the status conference set for 11/25/2019 will be held at 2:00 p.m., in Courtroom 4F North. Ordered by Judge Pamela K. Chen on 11/21/2019. Typographical error corrected. (Abdallah, Fida) (Entered: 11/21/2019) |
| 11/25/2019 | | Minute Entry for proceedings held before Judge Pamela K. Chen: Status Conference and Bail Application as to Mustafa Goklu held on 11/25/2019. Appearances by AUSA Francisco Navarro and Michael Gold, CJA, for defendant (on bond). Turkish interpreter Ecegul (AJ) Elterman, sworn. Case called. Discussion held. Bail application made. Application denied with leave to renew. Next conference set for 1/8/2020, at 12:45 p.m. Time excluded in the interest of justice from 11/25/2019 to 1/8/2020. (Court Reporter David Roy.) (Abdallah, Fida) (Entered: 11/25/2019) |
| 01/08/2020 | | Minute Entry for proceedings held before Judge Pamela K. Chen: Status Conference as to Mustafa Goklu held on 1/8/2020.. Appearances by AUSA Francisco Navarro and Michael Gold, CJA, for defendant (on bond). Turkish interpreter Ecegul (AJ) Elterman, sworn. Case called. Discussion held. Next conference set for 2/10/2020, at 12:00 noon. Time excluded in the interest of justice from 1/8/2020 to 2/10/2020. (Court Reporter Lisa Schmid.) (Abdallah, Fida) (Entered: 01/08/2020) |
| 01/08/2020 | 22 | NOTICE *regarding Bill of Particulars* as to Mustafa Goklu (Navarro, Francisco) (Entered: 01/08/2020) |
| 02/06/2020 | | SCHEDULING ORDER as to Mustafa Goklu: Due to a change with the Court's calendar, the status conference set for 2/10/2020 will be held on 2/11/2020, at 10:15 a.m. Ordered by Judge Pamela K. Chen on 2/6/2020. (Abdallah, Fida) (Entered: 02/06/2020) |
| 02/07/2020 | | SCHEDULING ORDER as to Mustafa Goklu: The status conference set for 2/11/2020 will be held at 11:45 a.m. Ordered by Judge Pamela K. Chen on 2/7/2020. (Abdallah, Fida) (Entered: 02/07/2020) |
| 02/11/2020 | | Minute Entry for proceedings held before Judge Pamela K. Chen: Status Conference as to Mustafa Goklu held on 2/11/2020. Appearances by AUSA Francisco Navarro and Micheal Gold, CJA, for defendant (on bond). Turkish interpreter Ecegul (AJ) Elterman, sworn. Case called. Discussion held. The Court set the following deadlines and schedule: 1) the government is to produce 3500 material by 6/1/2020; (2) pretrial motions and motions *in limine* shall be filed by 4/21/2020; responses due by 5/5/2020; replies, if any, due by 5/19/2020 (3) proposed jury instructions, proposed *voir dire*, and a list of names, places, terms, and acronyms the parties expect to refer to at trial, shall be filed by 5/19/2020; 4) government to provide defense with a copy of their exhibits by 6/1/2020; 5)a final pre−trial conference and/or oral argument is scheduled for 5/26/2020, at 11:00 a.m., in Courtroom 4F North; 6) Jury selection (12 jurors, 2 |

| | | |
|---|---|---|
| | | alternates) and trial (5 business days) shall be held on 6/8/2020 at 9:00 a.m. Time is excluded in the interest of justice from 2/11/2020 to 5/26/2020. (Court Reporter Denise Parisi.) (Abdallah, Fida) (Entered: 02/11/2020) |
| 02/11/2020 | 23 | NOTICE TO COUNSEL: On the first day of trial, the parties should come prepared with five (5) copies of their respective exhibits. All exhibits must be pre-marked and in binders, separated with labeled tabs. Each of the binders must include an exhibit list and a witness list. The exhibit list should list every exhibit in the binder(s) and contain a brief description, no longer than one sentence, of each exhibit. Attached here is a list of general questions the Court will ask prospective jurors and should not be included in the proposed *voir dire*. (Abdallah, Fida) (Entered: 02/11/2020) |
| 05/04/2020 | | SCHEDULING ORDER as to Mustafa Goklu: In light of the Eastern District of New York's Administrative Order 2020-15, continuing, pending further order of the Court, all criminal jury selections and trials scheduled to occur between April 27, 2020 and June 15, 2020, trial in this matter is adjourned from June 8, 2020 to July 13, 2020. The following revised pretrial schedule is set: 1) the government is to produce 3500 material by 7/6/2020; (2) proposed jury instructions, proposed *voir dire,* and a list of names, places, terms, and acronyms the parties expect to refer to at trial, shall be filed by 6/23/2020; (3) government to provide defense with a copy of their exhibits by 7/6/2020; and (4) a final pre-trial is scheduled for 7/2/2020, at 11:00 a.m., in Courtroom 4F North. The parties should note that because neither party filed any pretrial or in limine motions by the previously set deadline of 4/21/2020 (*see* 2/11/2020 Minute Entry), the revised schedule does not include another such deadline. However, if either side, in fact, intends to file a pretrial or *in limine* motion, they must advise the Court by 5/1/2020, so that the scheduled can be adjusted accordingly. Finally, jury selection (12 jurors, 2 alternates) and trial (5 business days) shall be held on 7/13/2020 at 9:00 a.m. in Courtroom 4F North. Time is excluded in the interest of justice from 6/8/2020 to 7/13/2020. Ordered by Judge Pamela K. Chen on 5/4/2020. (Abdallah, Fida) (Entered: 05/04/2020) |
| 05/07/2020 | 24 | Letter *re trial date* as to Mustafa Goklu (Gold, Michael) (Entered: 05/07/2020) |
| 05/12/2020 | | AMENDED SCHEDULING ORDER as to Mustafa Goklu: In light of 24 the unavailability of defense counsel, the Court adjourns the trial schedule as follows: 1) the government is to produce 3500 material by 7/27/2020; (2) proposed jury instructions, proposed *voir dire,* and a list of names, places, terms, and acronyms the parties expect to refer to at trial, shall be filed by 7/22/2020; (3) government to provide defense with a copy of their exhibits by 7/27/2020; and (4) a final pre-trial is scheduled for 7/29/2020, at 10:00 a.m., in Courtroom 4F North. Jury selection (12 jurors, 2 alternates) and trial (5 business days) shall be held on 8/3/2020 at 9:00 a.m. in Courtroom 4F North. Time is excluded in the interest of justice from 7/13/2020 to 8/3/2020. Ordered by Judge Pamela K. Chen on 5/12/2020. (Abdallah, Fida) (Entered: 05/12/2020) |
| 06/11/2020 | 25 | NOTICE OF ATTORNEY APPEARANCE Jonathan Powell Lax appearing for USA. (Lax, Jonathan) (Entered: 06/11/2020) |
| 06/11/2020 | 26 | Letter *requesting an adjournment of the trial* as to Mustafa Goklu (Gold, Michael) (Entered: 06/11/2020) |
| 06/22/2020 | | ORDER as to Mustafa Goklu: The Court grants the motion to adjourn trial and sets the following schedule: (1) the government is to produce 3500 material by 11/16/2020; (2) government to provide defense with a copy of their exhibits by 11/16/2020; (3) proposed jury instructions, proposed *voir dire,* and a list of names, places, terms, and acronyms the parties expect to refer to at trial, shall be filed by 11/23/2020; and (4) a final pre-trial is scheduled for 12/2/2020, at 11:30 a.m., in Courtroom 4F North. Jury selection (12 jurors, 2 alternates) and trial (5 business days) shall be held on 12/7/2020 at 9:00 a.m. in Courtroom 4F North. Time is excluded in the interest of justice from 8/3/2020 to 12/7/2020. Ordered by Judge Pamela K. Chen on 6/22/2020. (Abdallah, Fida) (Entered: 06/22/2020) |
| 10/07/2020 | 27 | NOTICE OF ATTORNEY APPEARANCE Gillian Kassner appearing for USA. (Kassner, Gillian) (Entered: 10/07/2020) |
| 10/28/2020 | 28 | SUPERSEDING INDICTMENT(S-1) as to Mustafa Goklu (1) count(s) 1s, 2s. (Layne, Monique) (Entered: 10/29/2020) |

| | | |
|---|---|---|
| 11/04/2020 | | SCHEDULING ORDER as to Mustafa Goklu: Arraignment on the Superseding Indictment will be held on 11/12/2020 at 10:00 a.m., via video. The public may access the audio of the hearing by calling the conference number 571–353–2300 and using access code 038106492. Ordered by Judge Pamela K. Chen on 11/4/2020. (Abdallah, Fida) (Entered: 11/04/2020) |
| 11/10/2020 | 29 | Letter *Disclosing Supplemental Rule 16 Discovery* as to Mustafa Goklu (Kassner, Gillian) (Entered: 11/10/2020) |
| 11/12/2020 | | Minute Entry for proceedings held before Judge Pamela K. Chen: Arraignment as to Mustafa Goklu held on 11/12/2020, via video. Appearances by AUSA Gillian Kassner and Michael Gold, CJA, for defendant (on bond). Ecegul (AJ) Elterman, Turkish interpreter. Case called. Interpreter sworn. Defendant arraigned on the Superseding Indictment (S–1) and enters a not guilty plea to all counts. The Court explained that due to the limited number of jury trials that can be conducted in the courthouse during the COVID pandemic, the trial in this matter has to be adjourned to a new date. Both parties indicated that the new trial date of June 1, 2021 is acceptable. Application to modify bond conditions made. For the reasons stated on the record, the application is denied with leave to renew. A hearing to discuss bond modification will be held via video (571–353–2300, access code 038106492) on 11/30/2020, at 11:00 a.m. (Court Reporter Victoria Torres–Butler.) (Abdallah, Fida) (Entered: 11/16/2020) |
| 11/16/2020 | | SCHEDULING ORDER as to Mustafa Goklu: For the reasons stated at the video conference held on 11/12/2020, the Court adjourns trial and amends the schedule as follows: (1) the government is to produce 3500 material by 5/10/2021; (2) government to provide defense with a copy of their exhibits by 5/10/2021; (3) proposed jury instructions, proposed *voir dire,* and a list of names, places, terms, and acronyms the parties expect to refer to at trial, shall be filed by 5/17/2021; and (4) a final pre–trial is scheduled for 5/24/2021, at 11:00 a.m., in Courtroom 4F North. Jury selection (12 jurors, 2 alternates) and trial (5 business days) shall be held on 6/1/2021 at 9:00 a.m. in Courtroom 4F North. Time is excluded in the interest of justice from 12/7/2020 to 6/1/2021. Ordered by Judge Pamela K. Chen on 11/16/2020. (Abdallah, Fida) (Entered: 11/16/2020) |
| 11/30/2020 | | Minute Entry for proceedings held before Judge Pamela K. Chen: Bond modification hearing as to Mustafa Goklu held on 11/30/2020, via video. Appearances by AUSA Gillian Kassner and Michael Gold, CJA, for defendant (on bond). Ecegul (AJ) Elterman, Turkish interpreter. Case called. Interpreter sworn. Discussion regarding bail modification heard. Defendant shall file a letter by the close of business on 12/2/2020, outlining the requested modification. Bond modification hearing continued to 12/4/2020, at 12 noon, via video (571–353–2300, access code 038106492). (Court Reporter Anthony Mancuso.) (Abdallah, Fida) (Entered: 11/30/2020) |
| 12/02/2020 | 30 | Letter *responding to Court inquiries and withdrawing bail modification application* as to Mustafa Goklu (Gold, Michael) (Entered: 12/02/2020) |
| 12/03/2020 | | ORDER as to Mustafa Goklu: The 30 request to cancel the conference scheduled for 12/4/2020 is granted. Given the trial and pretrial schedule that has been set with the 11/16/2020 Scheduling Order, no additional conferences will be scheduled, unless Defendant renews his request to modify his pretrial release conditions. Ordered by Judge Pamela K. Chen on 12/3/2020. (Abdallah, Fida) (Entered: 12/03/2020) |
| 12/17/2020 | 31 | ORDER as to Mustafa Goklu: This order is entered pursuant to Federal Rule of Criminal Procedure 5(f) to confirm the prosecution's disclosure obligations under *Brady v. Maryland,* 373 U.S. 83 (1963), and its progeny, and to summarize the possible consequences of violating those obligations. Ordered by Judge Pamela K. Chen on 12/17/2020. (Abdallah, Fida) (Entered: 12/17/2020) |
| 02/12/2021 | 32 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Mustafa Goklu held on November 25, 2019, before Judge Pamela K. Chen. Court Reporter/Transcriber David R. Roy, Telephone number (718) 613–2609. Email address: drroyofcr@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 3/5/2021. Redacted Transcript Deadline set for 3/15/2021. Release of Transcript Restriction set for 5/13/2021. (Roy, |

| | | |
|---|---|---|
| | | David) (Entered: 02/12/2021) |
| 03/22/2021 | | ORDER as to Mustafa Goklu: Due to a potential conflict between the current trial date of June 1, 2021 and the courthouse trial calendar, the parties will confer and advise the Court by April 2, 2021 of all dates from June 8, 2021 through the end of the year when they are mutually available to try this case. Ordered by Judge Pamela K. Chen on 3/22/2021. (Abdallah, Fida) (Entered: 03/22/2021) |
| 03/25/2021 | 33 | NOTICE OF ATTORNEY APPEARANCE Temidayo Aganga−Williams appearing for USA. (Aganga−Williams, Temidayo) (Entered: 03/25/2021) |
| 04/01/2021 | 34 | Letter *re trial dates* as to Mustafa Goklu (Navarro, Francisco) (Entered: 04/01/2021) |
| 04/15/2021 | | SCHEDULING ORDER as to Mustafa Goklu: The Court adjourns the trial schedule as follows: (1) the government is to produce 3500 material by 11/29/2021; (2) government to provide defense with a copy of their exhibits by 11/29/2021; (3) proposed jury instructions, proposed *voir dire,* and a list of names, places, terms, and acronyms the parties expect to refer to at trial, shall be filed by 12/6/2021; and (4) a final pre−trial is scheduled for 12/13/2021, at 2 p.m., in a courtroom to be announced. Jury selection (12 jurors, 2 alternates) and trial (5 business days) shall be held on 12/20/2021 at 9:00 a.m. in a courtroom to be announced. Time is excluded in the interest of justice from 6/1/2021 to 12/20/2021. Ordered by Judge Pamela K. Chen on 4/15/2021. (Abdallah, Fida) (Entered: 04/15/2021) |
| 05/28/2021 | | AMENDED SCHEDULING ORDER as to Mustafa Goklu: The government having informed the Court's deputy that the trial was scheduled for a date which the parties indicated that they are not available, the Court amends the schedule as follows: (1) the government is to produce 3500 material by 12/27/2021; (2) government to provide defense with a copy of their exhibits by 12/27/2021; (3) proposed jury instructions, proposed *voir dire,* and a list of names, places, terms, and acronyms the parties expect to refer to at trial, shall be filed by 1/5/2022; and (4) a final pre−trial is scheduled for 1/6/2022, at 10:00 a.m., in a courtroom to be announced. Jury selection (12 jurors, 2 alternates) and trial (5 business days) shall be held on 1/18/2022 at 9:00 a.m. in a courtroom to be announced. Time is excluded in the interest of justice from 12/20/2021 to 1/18/2022. (Abdallah, Fida) (Entered: 05/28/2021) |
| 07/16/2021 | 35 | Letter *re interim voucher* as to Mustafa Goklu (Gold, Michael) (Entered: 07/16/2021) |
| 09/24/2021 | 37 | Letter *requesting to be relieved* as to Mustafa Goklu (Gold, Michael) (Entered: 09/24/2021) |
| 09/28/2021 | | ORDER as to Mustafa Goklu: The 37 request to be relieved is granted, with the thanks of the Court. Ordered by Judge Pamela K. Chen on 9/27/2021. (Gonzalez, Fida) (Entered: 09/28/2021) |
| 09/28/2021 | 38 | CJA 20 as to Mustafa Goklu: Appointment of Attorney Murray Singer for Mustafa Goklu. Ordered by Judge Pamela K. Chen on 9/27/2021. (Gonzalez, Fida) (Entered: 09/28/2021) |
| 10/28/2021 | | SCHEDULING ORDER as to Mustafa Goklu: A status conference will be held, via video, on 11/4/2021 at 12 noon to discuss the January 18, 2021 trial schedule. The public may access the audio of the conference by calling the conference number 1−650−479−3207, and using access code 2308 020 8382. Ordered by Judge Pamela K. Chen on 10/28/2021. (Gonzalez, Fida) (Entered: 10/28/2021) |
| 11/04/2021 | | Minute Entry for proceedings held before Judge Pamela K. Chen: Status Conference as to Mustafa Goklu held on 11/4/2021, via video. Appearances by AUSA Francisco Navarro and Murray Singer, CJA, for defendant (on bond). Turkish interpreter AJ Elterman. Case called. Interpreter sworn. Discussion regarding trial held. Mr. Singer is directed to file a letter by 11/19/2021 informing the Court of the status of his February 2022 trial. The trial in this matter scheduled for 1/18/2022 remains unchanged. (Court Reporter Avery Armstrong.) (Gonzalez, Fida) (Entered: 11/04/2021) |
| 11/16/2021 | 39 | Letter *regarding trial date* as to Mustafa Goklu (Singer, Murray) (Entered: 11/16/2021) |
| 11/17/2021 | | SCHEDULING ORDER as to Mustafa Goklu: In light of the letter filed by defense counsel, the final pretrial conference scheduled for 1/6/2022 at 10 a.m. is converted to |

| | | |
|---|---|---|
| | | an in person status conference, in a courtroom to be announced, and the trial scheduled is stayed. Ordered by Judge Pamela K. Chen on 11/17/2021. (Gonzalez, Fida) (Entered: 11/17/2021) |
| 12/23/2021 | 40 | Letter *regarding trial date* as to Mustafa Goklu (Singer, Murray) (Entered: 12/23/2021) |
| 12/27/2021 | | SCHEDULING ORDER as to Mustafa Goklu: The parties are directed to confer with each other and inform the Court by 1/4/2022 if they are able to proceed with trial on 2/28/2022. The status conference set for 1/6/2022 will be held in person at 12:30 p.m. in Courtroom 6A South. Ordered by Judge Pamela K. Chen on 12/27/2021. (Gonzalez, Fida) (Entered: 12/27/2021) |
| 12/29/2021 | | NOTICE as to Mustafa Goklu: The conference set for 1/6/2022 will be held at 10 a.m. via telephone. The parties are directed to call the conference number 888−684−8852 and use access code 7245547. (Gonzalez, Fida) (Entered: 12/29/2021) |
| 01/04/2022 | 42 | Letter *Regarding Trial Date* as to Mustafa Goklu (Kassner, Gillian) (Entered: 01/04/2022) |
| 01/06/2022 | | Minute Entry for proceedings held before Judge Pamela K. Chen: Status Conference as to Mustafa Goklu held on 1/6/2022, via telephone. Appearances by AUSA Gillian Kassner, AUSA Francisco Navarro; Murray Singer and Emilee Shali, CJA, for defendant (on bond). Turkish interpreter Mayda Lyon. Case called. Interpreter sworn. Discussion regarding trial held. The following schedule is set: (1) the government is to produce 3500 material and copies of marked exhibits by 2/7/2022; (2) proposed jury instructions, proposed *voir dire,* and a list of names, places, terms, and acronyms the parties expect to refer to at trial, shall be filed by 2/14/2022; (3) any motions *in limine* to be filed by 2/14/2022; responses, if any, due by 2/21/2022; and (4) a final pre−trial is scheduled for 2/23/2022, at 10:00 a.m., in a courtroom to be announced. Jury selection (12 jurors, 2 alternates) and trial (5 business days) shall be held on 2/28/2022 at 9:00 a.m. in a courtroom to be announced. Time is excluded in the interest of justice from 1/18/2022 to 2/28/2022. (Court Reporter Sophie Nolan.) (Gonzalez, Fida) (Entered: 01/12/2022) |
| 01/07/2022 | 43 | Letter *Disclosing Supplemental Rule 16 Discovery* as to Mustafa Goklu (Kassner, Gillian) (Entered: 01/07/2022) |
| 01/20/2022 | 44 | Letter *Disclosing Supplemental Rule 16 Discovery and Identifying Specified Anticipated Trial Exhibits* as to Mustafa Goklu (Kassner, Gillian) (Entered: 01/20/2022) |
| 01/21/2022 | 45 | Letter *Providing Notice of Expert* as to Mustafa Goklu (Kassner, Gillian) (Entered: 01/21/2022) |
| 01/26/2022 | 46 | MOTION to Continue *and Reschedule Trial* by Mustafa Goklu. (Singer, Murray) (Entered: 01/26/2022) |
| 01/26/2022 | 47 | NOTICE OF ATTORNEY APPEARANCE Marietou Diouf appearing for USA. (Diouf, Marietou) (Entered: 01/26/2022) |
| 01/27/2022 | | ORDER granting 46 Motion to Continue as to Mustafa Goklu: The trial schedule following schedule is set: (1) the government is to produce 3500 material and copies of marked exhibits by 9/6/2022; (2) proposed jury instructions, proposed *voir dire,* and a list of names, places, terms, and acronyms the parties expect to refer to at trial, shall be filed by 9/12/2022; (3) any motions *in limine* to be filed by 9/8/2022; responses, if any, due by 9/15/2022; and (4) a final pre−trial is scheduled for 9/23/2022, at 10:00 a.m., in a courtroom to be announced. Jury selection (12 jurors, 2 alternates) and trial (5 business days) shall be held on 10/3/2022 at 9:00 a.m. in a courtroom to be announced.<br><br>Time is excluded between **February 28 to October 3, 2022,** as being in the interests of justice. 18 U.S.C. § 3167(h)(7). Courts across the country have found such continuances, necessitated by the ongoing effects of the COVID pandemic, outweigh the interests of the parties and the public in a speedy trial, and that they serve the "ends of justice," 18 U.S.C. § 3161(h)(7). *See, e.g., Carrilllo−Villa,* 451 F. Supp. 3d 257, 261 (S.D.N.Y. 2020); *United States v. Rosales−Corria,* No. 20 CR−46, 2020 WL 2476169 (D. Utah May 13, 2020); *United States v. Morrissey,* No. 19−CR−190, 2020 |

|  |  | WL 2082929 (D. Maine April 30, 2020); *United States v. Garza−Guzman,* No. 20−MJ−905, 2020 WL 1433359 (S.D. Cal. March 20, 2020); *see also United States,* 644 F.2d 764, 767−68 (9th Cir.1981) (upholding ends−of−justice continuance to exclude a month−long delay following the eruption of Mt. St. Helens, which had a "paralyzing impact on... the location of the court."); *United States v. Correa,* 182 F. Supp. 2d 326, 327330 (S.D.N.Y. 2001) (retroactively excluding time in the larger interests of justice following the September 11, 2001 terror attacks, an "extraordinary event[]" which closed many government offices); *United States v. Scott,* 245 F. App'x 391, 394 (5th Cir. 2007) (affirming ends−of−justice continuance following Hurricane Katrina). Here, the ongoing effects of the COVID pandemic "continue to constrain the court's ability to conduct all criminal proceedings in−person." Administrative Order No. 2022−2. These constraints include severely limiting the number of jury trials that can conducted in the courthouse each week and preventing judges from unilaterally scheduling their trials. Accordingly, the Court finds that the continuance of trial in this matter serves the ends of justice. Ordered by Judge Pamela K. Chen on 1/27/2022. (Gonzalez, Fida) (Entered: 01/27/2022) |
|---|---|---|
| 02/01/2022 | 48 | Letter *Disclosing Supplemental Rule 16 Discovery* as to Mustafa Goklu (Kassner, Gillian) (Entered: 02/01/2022) |
| 04/01/2022 | 49 | Letter *Identifying Items Located on Devices Previously Disclosed in Discovery* as to Mustafa Goklu (Kassner, Gillian) (Entered: 04/01/2022) |
| 04/04/2022 | 50 | MOTION to Appoint Counsel *and authorize additional hours for associate counsel* by Mustafa Goklu. (Singer, Murray) (Entered: 04/04/2022) |
| 08/29/2022 | 52 | Letter *re Rule 16 Discovery* as to Mustafa Goklu (Diouf, Marietou) (Entered: 08/29/2022) |
| 09/08/2022 | 53 | MOTION in Limine by USA as to Mustafa Goklu. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Diouf, Marietou) (Entered: 09/08/2022) |
| 09/08/2022 | 54 | MOTION for Extension of Time to File *Motions in Limine* by Mustafa Goklu. (Singer, Murray) (Entered: 09/08/2022) |
| 09/09/2022 |  | ORDER granting 54 Motion for Extension of Time to File motions *in limine* as to Mustafa Goklu until 9/12/2022 is granted *nunc pro tunc* as of 9/8/2022. Ordered by Judge Pamela K. Chen on 9/9/2022. (Gonzalez, Fida) (Entered: 09/09/2022) |
| 09/12/2022 | 55 | Proposed Voir Dire by USA as to Mustafa Goklu (Kassner, Gillian) (Entered: 09/12/2022) |
| 09/12/2022 | 56 | Proposed Jury Instructions/Verdict Form by USA as to Mustafa Goklu (Kassner, Gillian) (Entered: 09/12/2022) |
| 09/12/2022 | 57 | Proposed Voir Dire by Mustafa Goklu (Singer, Murray) (Entered: 09/12/2022) |
| 09/12/2022 | 58 | Proposed Jury Instructions/Verdict Form by Mustafa Goklu (Singer, Murray) (Entered: 09/12/2022) |
| 09/14/2022 | 59 | Letter *Disclosing Supplemental Rule 16 Discovery* as to Mustafa Goklu (Kassner, Gillian) (Entered: 09/14/2022) |
| 09/15/2022 | 60 | Letter *Response in Opposition to Government's Proposed Voir Dire* as to Mustafa Goklu (Singer, Murray) (Entered: 09/15/2022) |
| 09/15/2022 | 61 | Letter *Response in Opposition to Government's proposed jury instructions* as to Mustafa Goklu (Singer, Murray) (Entered: 09/15/2022) |
| 09/15/2022 | 62 | RESPONSE in Opposition re 53 MOTION in Limine (Singer, Murray) (Entered: 09/15/2022) |
| 09/22/2022 |  | NOTICE OF TO COUNSEL as to Mustafa Goklu: In light of the District's return to pre−COVID trial scheduling protocols in 2023, the final pretrial conference, jury selection and trial in this matter will be held in Courtroom 4F North. (Gonzalez, Fida) (Entered: 09/22/2022) |
| 09/23/2022 | 65 | WITNESS LIST by USA as to Mustafa Goklu (Kassner, Gillian) (Entered: 09/23/2022) |

| | | |
|---|---|---|
| 09/23/2022 | | Minute Entry for proceedings held before Judge Pamela K. Chen: Pretrial Conference as to Mustafa Goklu held on 9/23/2022. Appearances by AUSA Gillian Kassner, AUSA Marietou Diouf, AUSA Francisco Navarro, with Paralegal Specialist Bridget Donovan; Murray Singer and Emilee Sahli, CJA, for Defendant (on bond). Turkish interpreter George Esyan, on stand−by. Case called. Interpreter sworn. Discussion held. For the reasons stated on the record, the Court granted in part and denied in part the Government's motions *in limine* (*see* Dkt. 53 ). First, by no later than September 27, 2022, the Parties shall submit a joint letter advising the Court whether there is still an evidentiary dispute regarding possible admission, or exclusion, by any side of: (1) Defendant's statements in conversations with UC, including in Government exhibit 803, (2) Defendant's messages, including in Government exhibit 807, and (3) Defendant's post−arrest statements. If any such dispute remains, the Parties shall accompany their letter with a searchable document, in PDF format, highlighting the relevant portions of any of the foregoing exhibits whose admission or exclusion the Parties dispute. Second, by the same date, the Parties shall submit a (preferably joint) proposed jury limiting instruction regarding the jury's consideration of certain encrypted text−messages and surveillance photos (*see* Dkt. 53 , at ECF 9, 11−14) only as to Count 2 of the Superseding Indictment. (Dkt. 28 .) (Court Reporter Sophie Nolan.) (Ben−Gigi, Yanai) (Entered: 09/23/2022) |
| 09/23/2022 | 66 | Letter *Regarding Redactions to Exhibits* as to Mustafa Goklu (Kassner, Gillian) (Entered: 09/23/2022) |
| 09/28/2022 | 67 | Letter *Disclosing Supplemental Rule 16 Discovery* as to Mustafa Goklu (Kassner, Gillian) (Entered: 09/28/2022) |
| 09/30/2022 | 68 | Letter *Attaching Government's Proposed Limiting Instruction* as to Mustafa Goklu (Kassner, Gillian) (Entered: 09/30/2022) |
| 09/30/2022 | 69 | Letter *Objecting to Portion of Government's Proposed Limiting Instruction* as to Mustafa Goklu (Singer, Murray) (Entered: 09/30/2022) |
| 10/03/2022 | | Minute Entry for proceedings held before Judge Pamela K. Chen: Jury Selection and Voir Dire held on 10/3/2022. Appearances by AUSA Gillian Kassner, Marietou Diouf, AUSA Francisco Navarro, with Paralegal Bridget Donovan, and Special Agent Julian Hur, Murray Singer and Emilee Sahli, CJA, for defendant Mustafa Goklu (on bond). Turkish Interpreters Seyhan Sirtalan and George Esyan sworn and on stand−by to interpret the proceedings. Case called. Prospective jurors sworn. Jury selection and voir dire held and completed. Jury empaneled. Juror 5 was excused. Remaining jurors sworn. Trial begins. Opening statements from the Government and Defense. Witnesses sworn and testified. Exhibits marked and entered into evidence. Trial is continued to 10/4/2022 at 9:00 a.m. in Courtroom 4F North. (Court Reporter: Sophie Nolan) (RO) (Entered: 10/03/2022) |
| 10/04/2022 | | Minute Entry for proceedings held before Judge Pamela K. Chen: Jury Trial as to Mustafa Goklu held on 10/4/2022. Appearances by AUSA Gillian Kassner, AUSA Marietou Diouf, AUSA Francisco Navarro, with Special Agent Julian Hur, and Paralegal Specialist Bridget Donovan; Murray Singer and Emilee Sahli, CJA, for defendant Mustafa Goklu (on bond). Turkish Interpreters Seyhan Sirtalan and George Esyan. Testimony heard. Exhibits marked and entered into evidence. Trial continued to 10/6/2022 at 9 a.m. (Court Reporter Sophie Nolan.) (FG) (Entered: 10/07/2022) |
| 10/06/2022 | | Minute Entry for proceedings held before Judge Pamela K. Chen: Jury Trial as to Mustafa Goklu held on 10/6/2022. Appearances by AUSA Gillian Kassner, AUSA Marietou Diouf, AUSA Francisco Navarro, with Special Agent Julian Hur, and Paralegal Specialist Bridget Donovan; Murray Singer and Emilee Sahli, CJA, for defendant Mustafa Goklu (on bond). Turkish Interpreters Seyhan Sirtalan and George Esyan. Witnesses sworn and testified. Exhibits marked and entered into evidence. Government rests. Defense moves to dismiss the indictment. Application denied with leave to renew. Defense rests. Trial continued to 10/7/2022 at 9 a.m. Charge conference held. (Court Reporter Sophie Nolan.) (FG) (Entered: 10/07/2022) |
| 10/07/2022 | 70 | STIPULATION AND WAIVER OF JURY TRIAL AS TO FORFEITURE as to Mustafa Goklu. Ordered by Judge Pamela K. Chen on 10/3/2022. (FG) (Entered: 10/07/2022) |

| | | |
|---|---|---|
| 10/07/2022 | | Minute Entry for proceedings held before Judge Pamela K. Chen: Jury Trial as to Mustafa Goklu held on 10/7/2022. Appearances by AUSA Gillian Kassner, AUSA Marietou Diouf, AUSA Francisco Navarro, with Special Agent Julian Hur, and Paralegal Specialist Bridget Donovan; Murray Singer and Emilee Sahli, CJA, for defendant Mustafa Goklu (on bond). Turkish Interpreters Seyhan Sirtalan and George Esyan. Summations made. Jury charged. Court Security Officer sworn. Deliberations begun and continued to 10/11/2022. Exhibits marked and entered into evidence. (Court Reporter Sophie Nolan.) Modified on 10/7/2022 to correct next trial date. (FG) (Entered: 10/07/2022) |
| 10/11/2022 | | Minute Entry for proceedings held before Judge Pamela K. Chen: Jury Trial as to Mustafa Goklu held on 10/11/2022. Appearances by AUSA Gillian Kassner, AUSA Marietou Diouf, AUSA Francisco Navarro, with Special Agent Julian Hur, and Paralegal Specialist Bridget Donovan; Murray Singer and Emilee Sahli, CJA, for defendant Mustafa Goklu (on bond). Turkish Interpreter George Esyan. Allen charge administered. Deliberations continued and completed. Verdict reached. Jury polled and excused with the thanks of the Court. The Court set the following briefing schedule: Defense to file any post trial brief by 11/10/2022; Government's opposition due by 12/5/2022; defendant's reply, if any, due by 12/12/2022. Oral argument will be held on 12/15/2022 at 4:00 p.m. (Court Reporter Victoria Torres Butler.) (FG) (Entered: 10/11/2022) |
| 10/11/2022 | 71 | Jury Instructions as to Mustafa Goklu, marked as Court Exhibit #1. (FG) (Entered: 10/11/2022) |
| 10/11/2022 | 72 | VERDICT SHEET/FORM as to Mustafa Goklu, marked as Court Exhibit #2. (FG) (Entered: 10/11/2022) |
| 10/11/2022 | 73 | Jury Note as to Mustafa Goklu marked as Court Exhibit no. 3. (Attachments: # 1 Jury note marked as Court Exhibit no. 5, # 2 Jury note marked as Court Exhibit no. 6, # 3 Jury note marked as Court Exhibit no. 7, # 4 Jury note marked as Court Exhibit no. 8, # 5 Jury note marked as Court Exhibit no. 9) (FG) (Entered: 10/11/2022) |
| 10/11/2022 | 74 | Portion of Transcript as to Mustafa Goklu marked as Court Exhibit no. 4. (FG) (Entered: 10/11/2022) |
| 10/11/2022 | 75 | Order of Sustenance as to Mustafa Goklu. Ordered by Judge Pamela K. Chen on 10/7/2022. (FG) (Entered: 10/11/2022) |
| 10/11/2022 | 76 | Order of Sustenance as to Mustafa Goklu. Ordered by Judge Pamela K. Chen on 10/11/2022. (FG) (Entered: 10/11/2022) |
| 10/11/2022 | | SCHEDULING ORDER as to Mustafa Goklu: The oral argument scheduled for 12/15/2022 will be held at 3 p.m. in Courtroom 4F North. Ordered by Judge Pamela K. Chen on 10/11/2022. (FG) (Entered: 10/11/2022) |
| 11/10/2022 | 77 | MOTION for Acquittal *pursuant to Fed R Crim P 29* by Mustafa Goklu. (Singer, Murray) (Entered: 11/10/2022) |
| 12/01/2022 | 78 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Mustafa Goklu held on October 3, 2022, before Judge Chen. Court Reporter/Transcriber Sophie Nolan, Telephone number 718−612−2622. Email address: NolanEDNY@aol.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request − Transcript" located under "Other Filings − Other Documents". Redaction Request due 12/22/2022. Redacted Transcript Deadline set for 1/2/2023. Release of Transcript Restriction set for 3/1/2023. (Nolan, Sophie) (Entered: 12/01/2022) |
| 12/01/2022 | 79 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Mustafa Goklu held on October 4, 2022, before Judge Chen. Court Reporter/Transcriber Sophie Nolan, Telephone number 718−613−2622. Email address: NolanEDNY@aol.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request − Transcript" located under "Other Filings − Other Documents". Redaction Request due 12/22/2022. Redacted Transcript Deadline set for 1/2/2023. |

| | | |
|---|---|---|
| | | Release of Transcript Restriction set for 3/1/2023. (Nolan, Sophie) (Entered: 12/01/2022) |
| 12/01/2022 | 80 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Mustafa Goklu held on October 6, 2022, before Judge Chen. Court Reporter/Transcriber Sophie Nolan, Telephone number 718−613−2622. Email address: NolanEDNY@aol.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request − Transcript" located under "Other Filings − Other Documents". Redaction Request due 12/22/2022. Redacted Transcript Deadline set for 1/2/2023. Release of Transcript Restriction set for 3/1/2023. (Nolan, Sophie) (Entered: 12/01/2022) |
| 12/01/2022 | 81 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Mustafa Goklu held on October 7, 2022, before Judge Chen. Court Reporter/Transcriber Sophie Nolan, Telephone number 718−613−2622. Email address: NolanEDNY@aol.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request − Transcript" located under "Other Filings − Other Documents". Redaction Request due 12/22/2022. Redacted Transcript Deadline set for 1/2/2023. Release of Transcript Restriction set for 3/1/2023. (Nolan, Sophie) (Entered: 12/01/2022) |
| 12/05/2022 | 82 | RESPONSE in Opposition re 77 MOTION for Acquittal *pursuant to Fed R Crim P 29 19−CR−386* (Kassner, Gillian) (Entered: 12/05/2022) |
| 12/09/2022 | 83 | Consent MOTION to Continue *Oral Argument on Rule 29 Motion* by USA as to Mustafa Goklu. (Kassner, Gillian) (Entered: 12/09/2022) |
| 12/12/2022 | 84 | REPLY TO RESPONSE to Motion re 77 MOTION for Acquittal *pursuant to Fed R Crim P 29* (Singer, Murray) (Entered: 12/12/2022) |
| 12/13/2022 | | ORDER granting 83 Motion to Continue as to Mustafa Goklu: The oral argument scheduled for 12/15/2022 is adjourned without date. Ordered by Judge Pamela K. Chen on 12/13/2022. (FG) (Entered: 12/13/2022) |
| 01/13/2023 | 85 | MEMORANDUM AND ORDER: For the reasons stated in the attached Memorandum and Order, the Court denies Defendant's 77 Rule 29 Motion in its entirety as procedurally improper. Ordered by Judge Pamela K. Chen on 1/13/2023. (YB) (Entered: 01/13/2023) |
| 01/19/2023 | | SCHEDULING ORDER as to Mustafa Goklu: Sentencing will be held on 5/12/2023 at 12 noon in Courtroom 4F North. Ordered by Judge Pamela K. Chen on 1/19/2023. (FG) (Entered: 01/19/2023) |
| 03/14/2023 | 87 | MOTION to Appoint Counsel *new counsel to replace trial counsel* by Mustafa Goklu. (Singer, Murray) (Entered: 03/14/2023) |
| 03/15/2023 | | SCHEDULING ORDER as to Mustafa Goklu: The Court will hold a status conference on 3/17/2023 at 11:30 a.m. in Courtroom 4F North to discuss the 87 motion to appoint new counsel. Ordered by Judge Pamela K. Chen on 3/15/2023. (FG) (Entered: 03/15/2023) |
| 03/16/2023 | | ORDER as to Mustafa Goklu: The Court has reconsidered whether a conference is necessary with respect Defendant's request for new counsel, and has determined that it is not. Accordingly, the conference scheduled for 3/17/2023 is canceled as unnecessary. Defendant's current counsel, Murray Singer and Emily Sahli, are excused with the Court's thanks, and CJA counsel Sabrina Shroff is hereby appointed to represent Defendant. Ordered by Judge Pamela K. Chen on 3/16/2023. (FG) (Entered: 03/16/2023) |
| 03/16/2023 | | ORDER granting 87 Motion to Appoint Counsel: Counsel Sabrina P. Shroff for Mustafa Goklu appointed. Ordered by Judge Pamela K. Chen on 3/16/2023. (FG) (Entered: 03/16/2023) |

| | | |
|---|---|---|
| 03/16/2023 | 88 | CJA 20 as to Mustafa Goklu: Appointment of Attorney Sabrina P. Shroff for Mustafa Goklu. Attorney Emilee Ann Sahli and Murray Singer terminated in case. Ordered by Judge Pamela K. Chen on 3/16/2023. (FG) (Entered: 03/16/2023) |
| 04/27/2023 | 91 | SENTENCING MEMORANDUM by USA as to Mustafa Goklu (Diouf, Marietou) (Entered: 04/27/2023) |
| 04/28/2023 | | ORDER as to Mustafa Goklu: The parties are advised that sentencing in this matter will go forward as scheduled on 5/12/2023 at 12:00 pm in Courtroom 4F North. As indicated in the Court's Individual Rules, Defendant's sentencing submission should be filed at least five business days before sentencing, i.e., by 5/8/2023. Ordered by Judge Pamela K. Chen on 4/28/2023. (FG) (Entered: 04/28/2023) |
| 04/28/2023 | 92 | Letter MOTION TO CONTINUE SENTENCING *request for postponement of sentencing hearing* as to Mustafa Goklu (Shroff, Sabrina) Modified on 5/1/2023 to correct ECF filing event. (FG) (Entered: 04/28/2023) |
| 05/01/2023 | | ORDER as to Mustafa Goklu: The 92 Motion to continue sentencing is granted. Sentencing is adjourned to 8/7/2023 at 2 p.m. However, because the Court wants to address the issue raised in the Government's sentencing submission 91 regarding Defendant Goklu's refusal to grant his landlord access to his apartment to inspect and repair it, in defiance of a state court order (Dkt. 91 at 4), a status conference will be held on 5/4/2023 at 4 p.m. in courtroom 4F North. Should the parties agree and the defendant consents, the in−person proceeding may be converted to a video conference. Ordered by Judge Pamela K. Chen on 5/1/2023. (FG) (Entered: 05/01/2023) |
| 05/04/2023 | | Minute Entry for proceedings held before Judge Pamela K. Chen: Status Conference as to Mustafa Goklu held on 5/4/2023. Appearances by AUSA Gillian Kassner and Sabrina Schroff, CJA, for defendant Goklu (on bond). Pretrial services officer Bianca Carter. Defense counsel and defendant appeared via telephone. Turkish interpreter George Esayan. Case called. Interpreter sworn. Discussion regarding Defendant Goklu's refusal to grant his landlord access to his apartment to inspect and repair it, in defiance of a state court order, held. The Court directs the defendant to immediately give his landlord access to his apartment at a reasonably agreeable time. Defendant is warned that if he refuses to give access to his landlord, he may be remanded for failing to comply with a state court order. Pretrial services is respectfully directed to inform the Court as to whether the defendant has contacted the landlord to make the arrangements to allow her access to the apartment. (Court Reporter Michele Lucchese.) (FG) (Entered: 05/18/2023) |
| 07/26/2023 | 94 | MOTION to Continue Sentencing by Mustafa Goklu. (Shroff, Sabrina) (Entered: 07/26/2023) |
| 07/26/2023 | | ORDER granting 94 Motion to Continue Sentencing as to Mustafa Goklu: Sentencing is adjourned to 11/15/2023 at 1 p.m. in Courtroom 4F North. Ordered by Judge Pamela K. Chen on 7/26/2023. (FG) (Entered: 07/26/2023) |
| 08/11/2023 | 95 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Mustafa Goklu held on January 6, 2022, before Judge Chen. Court Reporter/Transcriber Sophie Nolan, Telephone number 718−613−2622. Email address: NolanEDNY@aol.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request − Transcript" located under "Other Filings − Other Documents". Redaction Request due 9/1/2023. Redacted Transcript Deadline set for 9/11/2023. Release of Transcript Restriction set for 11/9/2023. (Nolan, Sophie) (Entered: 08/11/2023) |
| 11/06/2023 | 96 | Letter as to Mustafa Goklu (Shroff, Sabrina) (Entered: 11/06/2023) |
| 11/07/2023 | | ORDER as to Mustafa Goklu re 96 request to adjourn sentencing: Sentencing will be held on 1/29/2024 at 10 a.m. in Courtroom 4F North. Defense counsel having been appointed to this matter for sentencing since March 2023 and two prior lengthy adjournment requests by Defendant having been granted, no further adjournments of sentencing will be granted. Ordered by Judge Pamela K. Chen on 11/7/2023. (FG) (Entered: 11/07/2023) |

| Date | No. | Description |
|---|---|---|
| 01/16/2024 | 97 | SENTENCING MEMORANDUM by Mustafa Goklu (Attachments: # 1 Exhibit Letters of Support and excerpt from Trial Transcript) (Shroff, Sabrina) (Entered: 01/16/2024) |
| 01/29/2024 | | Minute Entry for proceedings held before Judge Pamela K. Chen: Status Conference as to Mustafa Goklu held on 1/29/2024. Appearances by AUSA Francisco Navarro and Sabrina Shroff, CJA, for defendant (on bond). Turkish Interpreter Seyhan Sirtalan. Probation Officers Brian Woo and Jaime Turton. Case called. Interpreter sworn. Discussion held. For the reasons stated on the record, a Fatico hearing will be held 3/6/2024 at 11:30 a.m. in Courtroom 4F North, with sentencing to proceed immediately thereafter. (Court Reporter Charleane Heading.) (FG) (Entered: 01/29/2024) |
| 02/13/2024 | | ORDER as to Mustafa Goklu: The Factico hearing scheduled for 3/6/2024 will begin at 2 p.m. in Courtroom 4F North. Ordered by Judge Pamela K. Chen on 2/13/2024. (FG) (Entered: 02/13/2024) |
| 02/29/2024 | 98 | Letter *providing 3500 material for Fatico hearing* as to Mustafa Goklu (Navarro, Francisco) (Entered: 02/29/2024) |
| 02/29/2024 | 99 | MOTION to Continue Sentencing *redacted version of letter request* by Mustafa Goklu. (Shroff, Sabrina) (Entered: 02/29/2024) |
| 02/29/2024 | 100 | MOTION to Continue Sentencing by Mustafa Goklu as to Mustafa Goklu. (Shroff, Sabrina) (Entered: 02/29/2024) |
| 03/01/2024 | | ORDER granting 99 Motion to Continue Sentencing as to Mustafa Goklu: The Fatico hearing and sentencing is adjourned to 3/14/2024 at 2 p.m. in Courtroom 4F North. The Court grants defense leave to file a redacted version of her adjournment request based on the privileged nature of the redacted information. Ordered by Judge Pamela K. Chen on 3/1/2024. (FG) (Entered: 03/01/2024) |
| 03/11/2024 | 101 | Letter *providing updated 3500 material for Fatico hearing* as to Mustafa Goklu (Navarro, Francisco) (Entered: 03/11/2024) |
| 03/14/2024 | | Minute Entry for proceedings held before Judge Pamela K. Chen: Fatico Hearing and Sentencing held on 3/14/2024 for Mustafa Goklu. Appearances by AUSA Francisco Navarro with Tareva Torres, paralegal specialist; Sabrina Shroff, CJA, for defendant (on bond). Probation Officer Michelle Malko. Turkish interpreters AJ Elterman and George Esayan. Case called. Interpreters sworn. Fatico hearing held. Witness sworn and testified. Exhibits marked and entered into evidence. Sentencing held. Statements of government and defense heard. For the reasons stated on the record, the Court sentences the defendant to imprisonment for a period of sixteen (16) months on counts 1 and 2 of the Superseding Indictment (S−1) to run concurrently with each other. Two (2) years supervised release, with conditions, on counts 1 and 2 of the Superseding Indictment (S−1) to run concurrently with each other. $100 special assessment fee for each count for a total of $200. Defendant informed of right to appeal. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2 p.m. on 5/14/2024. Defendant's pretrial conditions of release remain unchanged and in effect until he is in the custody of the BOP. Open count/underlying Indictment dismissed on government's motion. (Court Reporter Avery Armstrong.) (FG) (Entered: 03/14/2024) |
| 03/21/2024 | 102 | JUDGMENT as to Mustafa Goklu: The Court sentences the defendant to imprisonment for a period of sixteen (16) months on counts 1 and 2 of the Superseding Indictment (S−1) to run concurrently with each other. Two (2) years supervised release, with conditions, on counts 1 and 2 of the Superseding Indictment (S−1) to run concurrently with each other. $100 special assessment fee for each count for a total of $200. Underlying Indictment dismissed on government's motion. Ordered by Judge Pamela K. Chen on 3/14/2024. (FG) (Entered: 03/21/2024) |
| 03/22/2024 | 104 | NOTICE OF APPEAL by Mustafa Goklu Appeal Record due by 3/22/2024. (Shroff, Sabrina) (Entered: 03/22/2024) |
| 03/22/2024 | | Electronic Index to Record on Appeal as to Mustafa Goklu sent to US Court of Appeals 104 Notice of Appeal − Final Judgment Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (VJ) (Entered: |

|  |  | 03/25/2024) |
|---|---|---|