# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of November, two thousand twenty-four,

| | |
|---|---|
| United States of America, | **ORDER** |
|     Appellee, | Docket No. 24-767 |
|   v. | |
| Mustafa Goklu, AKA Mustangy, | |
|     Defendant - Appellant. | |

Counsel for APPELLEE United States of America has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting February 3, 2025 as the brief filing date.

It is HEREBY ORDERED that Appellee's brief must be filed on or before February 3, 2025.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court