NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: U.S. v. GOKLU      Docket No.: 24-767

**Substitute, Additional, or Amicus Counsel's Contact Information** is as follows:

Name: FRANCISCO NAVARRO, Assistant United States Attorney

Firm: United States Attorney's Office, Eastern District of New York

Address: 271 Cadman Plaza East, Brooklyn, New York 11201

Telephone: 718-254-6007        Fax:

E-mail: Francisco.Navarro@usdoj.gov

Appearance for: APPELLEE
(party/designation)

**Select One:**

[✓] Substitute counsel (replacing lead counsel: AMY BUSA, United States Attorney's Office, Eastern District of New York )
(name/firm)

[ ] Substitute counsel (replacing other counsel: )
(name/firm)

[ ] Additional counsel (co-counsel with: )
(name/firm)

[ ] Amicus (in support of : )
(party/designation)

**CERTIFICATION**

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

[ ] I applied for admission on _____.

Signature of Counsel: /s/

Type or Print Name: FRANCISCO NAVARRO