UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
---------------------------------------------------------X

UNITED STATES OF AMERICA,

                        Appellee,

       -v.-

MUSTAFA GOKLU,

                        Appellant.
---------------------------------------------------------X

24-767-cr

AFFIRMATION IN SUPPORT
OF APPELLANT'S MOTION
TO FILE A PRO-SE
SUPPLEMENTAL BRIEF

      1.      The undersigned counsel was assigned to represent the Appellant, Mustafa Goklu, who was convicted in the Eastern District of New York of Money Laundering and Operating an Unlicensed Money Transmitting Business. The Appellant is currently incarcerated and serving his sentence.

      2.      On November 4, 2024, the undersigned filed a counseled brief on behalf of the Appellant, raising six issues.

      3.      On November 22, 2024, I spoke with Mr. Goklu by telephone. During this legal call, Mr. Goklu expressed his desire to file a pro-se supplemental brief raising additional arguments not included within the counseled brief. Mr. Goklu requested 90 days to complete and file such a pro-se supplemental brief. I informed Mr. Goklu that I would make this request on his behalf.

4. Should this motion be granted, the Government's time to file Appellee's brief should be calculated from filing date of the pro-se supplemental brief.

5. I have conferred with counsel for the Government, who informs me that it takes no position with respect to the instant motion, provided that the Government's time to respond is duly extended.

Dated:   Garden City, New York
         November 23, 2024

Respectfully submitted,

By: /s/ Matthew W. Brissenden, Esq.
Matthew W. Brissenden, P.C.
*Counsel for Appellant*
666 Old Country Road, Suite 501
Garden City, New York 11530
(516) 683-8500