# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of December, two thousand twenty-four.

Before:    Sarah A. L. Merriam,
               *Circuit Judge.*

_____

United States of America,

    Appellee,

**ORDER**

Docket No. 24-767

    v.

Mustafa Goklu, AKA Mustangy,

    Defendant - Appellant.

_____

    Appellant seeks leave "to file a pro-se supplemental brief raising additional arguments not included within the counseled brief." 2d Cir. No. 24-767 doc. #53.2 at 1. However, counsel has not indicated what arguments Appellant believes have been inadequately addressed in the counseled brief. The Court is therefore unable to assess the need for a supplemental brief.

    The Court further notes that Appellant requests 90 days to file a supplemental brief, presumably from the date the motion was filed. If the government filed its brief 91 days after the supplemental brief is filed, and the Appellant filed his reply 21 days later – as the ordinary schedule dictates – this matter would not be fully briefed until June 2025, and likely would not be argued until the fall of 2025. The Bureau of Prisons website indicates that Appellant is scheduled to be released from custody on May 3, 2025.

    Counsel shall consult with Appellant and determine whether, in light of the timing issues identified above, he wishes to pursue his request to file a supplemental brief and, if so, what issues Appellant wishes to raise in a supplemental brief. Counsel shall file a letter on the docket within ten days of the date of this Order either withdrawing the motion, or setting forth the arguments Appellant wishes to raise in a supplemental brief.

                                             For the Court:

                                             Catherine O'Hagan Wolfe,
                                             Clerk of Court

