# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of December, two thousand twenty-four.

Before:  Sarah A. L. Merriam,
      *Circuit Judge.*

_____

United States of America,

  Appellee,

 v.

Mustafa Goklu, AKA Mustangy,

  Defendant - Appellant.

_____

**ORDER**

Docket No. 24-767

  Appellant moves for leave to file a *pro se* supplemental brief.

  IT IS HEREBY ORDERED that the motion to file a supplemental brief is GRANTED. The brief may not exceed 5,000 words or 12 pages of argument if it is hand-written. The supplemental brief shall be filed 90 days from the date of this Order. The government shall file its brief 91 days after the supplemental brief is filed. No supplemental *pro se* reply brief will be permitted.

            For the Court:

            Catherine O'Hagan Wolfe,
            Clerk of Court