UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                Appellee,                      Case No. 24-767

    v.

MUSTAFA GOKLU,

                Defendant-Appellant.
-----------------------------------------------------------X

## **CERTIFICATE OF COMPLIANCE**

As counsel of record to Defendant-Appellant, I hereby certify that the Appellant's pro se supplemental brief, filed on March 18, 2025, complies with the type - volume limitation set forth in the Court's Order of December 19, 2024. I am relying upon the word count of the word-processing system (Microsoft Word), which indicates that 4,761 words appear in the brief.

                                        By:    /s/ Matthew W. Brissenden
                                                    Matthew W. Brissenden, P.C.
                                                    *Counsel for Mustafa Goklu*
                                                    666 Old Country Road, Suite 501
                                                    Garden City, NY 11530
                                                    516-683-8500