

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 19, 2025

The Honorable Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals
   for the Second Circuit
The Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:  U.S. v. Mustafa Goklu
         Docket No.: 24-0767
         <u>Scheduling Notification Letter</u>

Dear Ms. Wolfe:

    We represent the appellee in this matter. We write to advise the Court that we have selected June 17, 2025, as the date by which we intend to file our brief.

    We respectfully request permission to file, together with the brief, a supplemental appendix containing certain portions of the record to which we cite and that we deem convenient for the reader.

    Thank you for your consideration.

                         Respectfully submitted,

                         JOHN J. DURHAM
                         United States Attorney

By:        /s/
      Amy Busa
      Chief, Appeals Division

By:        /s/
      Gillian Kassner
      Assistant U.S. Attorney