# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of March, two thousand twenty-five,

United States of America,

    Appellee,

v.

Mustafa Goklu, AKA Mustangy,

    Defendant - Appellant.

**ORDER**
Docket No. 24-767

    Counsel for APPELLEE United States of America has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting June 17, 2025 as the brief filing date.

    It is HEREBY ORDERED that Appellee's brief must be filed on or before June 17, 2025.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

