**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
**CHIEF JUDGE**

Date: April 7, 2026
Docket #: 24-767
Short Title: United States of America v. Goklu

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

DC Docket #: 1:19-cr-386-1
DC Court: EDNY (BROOKLYN)
DC Judge: Trial Judge - Pamela K. Chen

### NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8513.