# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of April, two thousand twenty-six.

Before:    Michael H. Park,
           Sarah A. L. Merriam,
                 *Circuit Judges*,
           Kiyo A. Matsumoto,
                 *District Judge.*\*

_____

United States of America,

     Appellee,                                  **JUDGMENT**

 v.                                                 Docket No. 24-767

Mustafa Goklu, AKA Mustangy,

     Defendant - Appellant.

_____

The appeal in the above captioned case from a judgment of the United States District Court for the Eastern District of New York was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the appeal is DISMISSED in part as moot and the judgment of the district court is otherwise AFFIRMED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court



_____
\*Judge Kiyo A. Matsumoto, of the United States District Court for the Eastern District of New York, sitting by designation.