# MATTHEW W. BRISSENDEN, P.C.
### ATTORNEY AT LAW

666 Old Country Road, Suite 501                 516-683-8500, Fax: 516-683-8410
Garden City, New York 11530                     matthew.w.brissenden@gmail.com

June 23, 2026

**Via Email: Prosecases@CA2.uscourts.gov**

Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:     *United States v. Mustafa Goklu*
        Docket No. 24-767

Dear Sir or Madam,

Yesterday, the Court granted my motion to be relieved as counsel for the Appellant, Mustafa Goklu. I am writing to advise the Court that Mr. Goklu's present mailing address is as follows:

Mustafa Goklu
4168 54th Street
Woodside, NY 11377-4647

Respectfully submitted,
/s/
Matthew W. Brissenden

cc:     Mustafa Goklu (*via* Federal Express)